```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
SHARON GIBSON DAVIS,                )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    C.A. No. 16-141 S
                                    )
NANCY A. BERRYHILL, Acting          )
Commissioner of Social Security,    )
                                    )
          Defendant.                )
_____ )
```

## ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on August 8, 2017 (ECF No. 17), recommending that Plaintiff's Motion to Reverse the Decision of the Commissioner denying Disability Insurance Benefits and Supplemental Security Income (ECF No. 12) be denied and that Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 14) be granted. Having heard no objections and having carefully reviewed the pending motions and the R&R, the Court ACCEPTS the R&R and adopts the recommendations and reasoning therein. Plaintiff's Motion to Reverse the Decision of the Commissioner is therefore DENIED, and Defendant's Motion for an Order Affirming the Decision of the Commissioner is GRANTED. Final judgment shall enter in

favor of Defendant.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: August 29, 2017